**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Charlotte Drobny, | ) | No. CV-06-3104-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Olson Precast of Arizona, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon notice of Michelle L. Miernik of Raup & Hergenroether, PLLC, (Doc. 19), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Michelle L. Miernik of Raup & Hergenroether, PLLC is no longer counsel of record for Defendant Olson Precast of Arizona, Inc.

**IT IS FURTHER ORDERED t**hat Michelle L. Miernik is withdrawn as counsel on behalf of Defendant Olson Precast of Arizona, Inc.  Defendants remain represented by lead counsel Jessica L. Franken and Sandra Jean Creta of Quarles & Brady LLP.

DATED this 28th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge