**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| CHARLOTTE DROBNY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLSON PRECAST OF ARIZONA, INC.,<br><br>　　　　Defendant. | ) No. CV 06-3104-PHX-SMM<br>)<br>) **ORDER**<br>)<br>)<br>)<br>) |

　　　Having received Plaintiff's Notice of Settlement (Doc. 21), and good cause appearing,

　　　**IT IS HEREBY ORDERED** that the parties have until **Wednesday, November 12, 2008** to file a stipulation for dismissal of this action signed by all parties.

　　　**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Monday, November 24, 2008 at 1:30 p.m.**  If the stipulation is received by **November 12**, **2008,** the status conference will be automatically vacated.

　　　DATED this 17th day of October, 2008.

_[signature]_
Stephen M. McNamee
United States District Judge