**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLOTTE DROBNY, | No. CV 06-3104-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| OLSON PRECAST OF ARIZONA, INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal (Doc. 23) filed with this Court on October 7, 2008,

**IT IS HEREBY ORDERED** that this action is dismissed as to all claims, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the status conference scheduled for Monday, November 24, 2008 at 1:30 p.m. is **VACATED**.

DATED this 12th day of November, 2008.

Stephen M. McNamee
United States District Judge